ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Chemring Sensors and Electronic Systems, Inc. | ) ASBCA No. 64047 |
| | ) |
| Under Contract No. W911QY-15-C-0035 *et al.* | ) |
| | ) |

APPEARANCES FOR THE APPELLANT:    Skye Mathieson, Esq.
John Nakoneczny, Esq.
Lilliam Drenth, Esq.
  Crowell & Moring LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Samuel W. Morris, Esq.
  DCMA Chief Trial Attorney
Evan Georgopoulos, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Hanscom AFB, MA

Edwin C. Kisiel, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Carson, CA

OPINION AND ORDER OF DISMISSAL
BY ADMINISTRATIVE JUDGE THRASHER

The contracting officer's final decision from which the above-captioned appeal was taken has been withdrawn. The parties jointly move to dismiss the appeal as moot. When a contracting officer unequivocally rescinds a government claim, the government's action moots the appeal, leaving the Board without jurisdiction to entertain the appeal further. *Combat Support Associates*, ASBCA Nos. 58945, 58946, 16-1 BCA ¶ 36,288 at 176,974. The appeal is dismissed as moot.

Dated: August 6, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur

OWEN C. WILSON                                    LAURA EYESTER
Administrative Judge                              Administrative Judge
Vice Chairman                                     Armed Services Board
Armed Services Board                              of Contract Appeals
of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 64047, Appeal of Chemring
Sensors and Electronic Systems, Inc., rendered in conformance with the Board's Charter.

      Dated:  August 6, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals